AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Alberto Hernandez GALLEGOS<br>COB: Mexico<br>YOB: 1968<br>*Defendant* | )<br>)<br>)  Case No. 7:19 mj 182<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  01/25/2019  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant violated  31  U. S. C. §  5332(a) , an offense described as follows:

Whoever, with the intent to evade a currency reporting requirement under section 5316, knowingly conceals more than $10,000 in currency or other monetary instruments on the person of such individual or in any conveyance, article of luggage, merchandise, or other container, and transports or transfers or attempts to transport or transfer such currency or monetary instruments from a place within the United States to a place outside of the United States.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

/S/ Ali Muhiuddin
*Complainant's signature*

Ali Muhiuddin, HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date:   01/26/2019  @ 3:32 p.m.

*Judge's signature*

City and state:    McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On January 25, 2018, at approximately 0905 hours, Alberto Hernandez GALLEGOS (US Legal Permanent Resident) while driving a vehicle attempted to exit the United States via the Hidalgo, Texas, Port of Entry (POE).

A Customs and Border Protection Officer (CBPO) stopped the vehicle for an outbound inspection. GALLEGOS advised the CBPO he was traveling to Reynosa, Mexico from McAllen, Texas. The CBPO asked for a declaration of currency over $10,000 and GALLEGOS before the CBPO could finish speaking, nodded and answered yes. GALLEGOS pointed towards the rear of the vehicle and stated unknown subjects had placed the currency there. The CBPO subsequently obtained a negative declaration for other items. The CBPO advised GALLEGOS seemed surprise by the outbound inspection and appeared to be shocked when asked about the declaration of currency.

An examination of the vehicle by CBP revealed a speaker box in the trunk containing two separate concealed compartments containing approximately $1,081,415.00 in bulk US currency.

On January 25, 2018, at approximately 1132 hours, Homeland Security Investigations (HSI) Special Agent (SA) Ali Muhiuddin and additional HSI personnel interviewed GALLEGOS, who waived his Miranda Rights in writing and stated the following in summary:

GALLEGOS agreed with additional subjects to smuggle an unknown amount of currency from the US to Mexico in return for $1,000.00 in compensation. GALLEGOS was aware the speaker boxes contained hidden compartments and observed subjects place the currency in them. GALLEGOS stated he intended to smuggle the currency into Mexico without declaring it and only admitted to possessing the currency because he was afraid subsequent to being stopped. GALLEGOS did not know how much currency was concealed in this vehicle, however suspected it was a substantial amount. Furthermore, GALLEGOS suspected the currency was proceeds of narcotics sales because the subjects offered to sell him narcotics. Moreover, GALLEGOS is aware that narcotics are typically smuggled into the US and proceeds in the form of currency are smuggled out.